**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| IN RE: | Case No.: 11 B 01914 |
|---|---|
| Jacqueline Burgess-Waller | Chapter: 13 |
| Debtor(s) | Judge Eugene R. Wedoff |

**NOTICE OF DEFAULT AND MODIFICATION FOR DEBTOR'S FAILURE TO COMPLY WITH ORDER ENTERED 10/21/2011**

**PLEASE TAKE NOTICE** that the debtor has failed to comply with the provisions set forth in this Honorable Court's Order, entered 10/21/2011, (hereto attached). In accordance with said Order, attorneys, Codilis & Associates, P.C., mailed notification to all required parties of non-compliance on 03/25/2014. The Debtor did not bring the post-petition mortgage payments current with US BANK NA AS LEGAL TITLE TRUSTEE FOR TRUMAN 2013 SC4 TITLE TRUST prior to the fourteen (14) days, effective date provided for.

**THE AUTOMATIC STAY** has been terminated as to US BANK NA AS LEGAL TITLE TRUSTEE FOR TRUMAN 2013 SC4 TITLE TRUST, its principals, agents successors and/or assigns as to the property commonly known as 6327 S. Maplewood Avenue, Chicago, IL, upon filing of this Notice.

**NOTICE TO THE STANDING TRUSTEE:** No further payments are to be distributed to US Bank NA as Legal Title Trustee for Truman 2013 SC4 Title Trust on its Proof of Claim.

**PROOF OF SERVICE AND CERTIFICATION**

I hereby certify that I have served a copy of this Notice to the below, as to the Trustee and Debtor's attorney via electronic notice on April 10, 2014 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on April 10, 2014.

Marilyn O. Marshall, Chapter 13 Trustee, 224 S Michigan, Ste 800, Chicago, IL 60604 by electronic notice through ECF
Jacqueline Burgess-Waller, Debtor(s), 6327 S. Maplewood, Chicago, IL 60629
Ernesto D. Borges, Attorney for Debtor(s), 105 W. Madison St. 23rd Floor, Chicago, IL 60602 by electronic notice through ECF

/s/ Jose Moreno
Attorney for Creditor

Berton J. Maley ARDC#6209399
Christopher J. Stasko ARDC#6256720
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE (14-14-05538)
NOTE: This law firm is deemed to be a debt collector.